IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Andrew Morris

Civil Case #_____

---

## SHORT FORM COMPLAINT

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Andrw Morris

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Wisconsin

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

   Wisconsin

6.  Plaintiff's/Deceased Party's current state of residence:

   Wisconsin

7.  District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Eastern District of Wisconsin

8.  Defendants (Check Defendants against whom Complaint is made):

   ☒    Cook Incorporated

   ☒    Cook Medical LLC

   ☒    William Cook Europe ApS

9.  Basis of Jurisdiction:

   ☒    Diversity of Citizenship

   ☐    Other: _____

   a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Paragraph 6-26 (Jurisdiction)

      Paragraph 27-28 (Venue)

   b.  Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☐ Günther Tulip® Vena Cava Filter

☒ Cook Celect® Vena Cava Filter

Gunther Tulip Mreye

Cook Celect Platinum

Other:

_____

11. Date of Implantation as to each product:

____8/23/2010_____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

St Vincent Hospital, Green Bay, WI

_____

13. Implanting Physician(s):

Ian Alan Sproat, MD

_____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I:      Strict Products Liability – Failure to Warn

☒ Count II:     Strict Products Liability – Design Defect

☒ Count III:    Negligence

☒ Count IV:     Negligence Per Se

☒　　Count V:　　Breach of Express Warranty

☒　　Count VI:　　Breach of Implied Warranty

☒　　Count VII:　　Violations of Applicable ___Wisconsin___

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐　　Count VIII:　　Loss of Consortium

☐　　Count IX:　　Wrongful Death

☐　　Count X:　　Survival

☒　　Count XI:　　Punitive Damages

☐　　Other:　　_____ (please state the facts supporting

this Count in the space, immediately below)

☐　　Other:　　_____ (please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

___Troy A. Brenes_____

16. Address and bar information for Attorney for Plaintiff(s):

4

Brenes Law Group, P.C., 100 Spectrum Center Drive, Ste. 330, Irvine, CA 92618

CA Bar #: 249776

Respectfully submitted,

BRENES LAW GROUP, P.C.

/s/ Troy A. Brenes

Troy A. Brene (CA Bar No. 249776)
**BRENES LAW GROUP**
100 Spectrum Center Dr., Ste. 330
Irvine, CA 92618

Telephone: (949)-397-9360
Fax: (949)-607-4192
tbrenes@breneslawgroup.com

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2023 , a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing

/s/ Troy A. Brenes